# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DAWN RAYMOND,

    Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner, Social Security Administration,

    Defendant.

CASE NO.  C05-5581 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiff's Complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

(1)    the Court **ADOPTS** the Report and Recommendation;

(2)    the administrative decision is **AFFIRMED**; and

(3)    the Clerk is directed to send copies of the Order to Plaintiff's counsel, Defendant's counsel, and Magistrate Judge J. Kelley Arnold.

DATED this 28th day of June, 2006.

*Robert J. Bryan* (signature)
Robert J. Bryan
United States District Judge

ORDER
Page - 1